IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN MARINO,

      Petitioner,                    No. CIV S-07-0686 GEB GGH P

      vs.

JAMES WALKER,

      Respondent.                  <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed May 10, 2007, petitioner was directed to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice within thirty days. The thirty day period has now expired, and petitioner has not filed a petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 8/14/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

5  GGH:035
mari0686.ffp