IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN MARINO,

    Petitioner,        No. CIV S-07-0686 GEB GGH P

    vs.

JAMES WALKER,

    Respondent.        ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed. <u>See also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

    Accordingly, the Clerk of Court shall close this case.

DATED: 9/4/07

        /s/ Gregory G. Hollows

        UNITED STATES MAGISTRATE JUDGE

mar686.dis

1